# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 9/16/2026 |
| Case: 26−15255 | Form ID: 309A | Total: 32 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Juan L. Cruz, III 192 W. Kathleen Dr. Des Plaines, IL 60016 |
| tr | Ariane Holtschlag, trustee 1245 S Michigan #115 Chicago, IL 60605 |
| aty | Arthur Corbin Corbin Law Firm, LLC 636 S. River Rd. Suite 201 Des Plaines, IL 60016 |
| 32262917 | Ally Financial PO Box 380901 Bloomington, MN 55438−0901 |
| 32262918 | Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530−0001 |
| 32262919 | City of Chicago Law Department 121 North LaSalle Street, Suite 600 Chicago, IL 60602 |
| 32262920 | Dept. of Ed 121 S. 13th St. Lincoln, NE 68508−1904 |
| 32262921 | Elk Grove Village 901 Wellington Ave. Elk Grove Village, IL 60007 |
| 32262922 | Erie Insurance Erie Insurance Exchange 100 Erie Insurance Place Erie, PA 16530 |
| 32262923 | IL Dept. of Healthcare & Fam. Svcs. Attn: Bankruptcy 509 S. 6th St. Springfield, IL 62701−1825 |
| 32262924 | Il. Dept. of Healthcare & Fam. Svcs Division of Child Support 509 S. 6th, 4th Floor Springfield, IL 62701−1825 |
| 32262925 | Illinois Attorney General 100 West Randolph St. Chicago, IL 60601 |
| 32262926 | Illinois Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794−9035 |
| 32262927 | Illinois Dept. of Transportation Office of Planning & Programming 2300 South Dirksen Parkway Springfield, IL 62764 |
| 32262928 | Illinois Tollway Attn: Bankruptcy PO Box 5544 Chicago, IL 60680 |
| 32262929 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101−7346 |
| 32262930 | Jefferson Captial LLC 200 14th Ave. Sartell, MN 56377 |
| 32262932 | LVNV Funding LLC c/o Resurgent Capital Services PO Box 1269 Greenville, SC 29603 |
| 32262931 | Linda Hamelin 6340 W. Leon Ter. Milwaukee, WI 53218 |
| 32262933 | Michelle Marlega 1441 S. Cora Des Plaines, IL 60018 |
| 32262934 | Piote Pyz 906 Waterford Ln. Elk Grove Village, IL 60007 |
| 32262935 | Public Storage 1600 E. Davis St. Arlington Heights, IL 60005 |
| 32262936 | Radius Gobal Solutions, LLC 7505 Metro Blvd. Ste. 400−A Edina, MN 55439 |
| 32262937 | Randal Mitchell 1820 Silver Ridge Dr. Plainfield, IL 60586 |
| 32262938 | Roselle 31 S. Prospect St. Roselle, IL 60172 |
| 32262939 | Safety and Financial Responsibility Sec. 2701 South Dirksen Parkway Springfield, IL 62723 |
| 32262940 | Stacy Devereaux 20 Aberdeen Dr. Oakland, TN 38060 |
| 32262942 | U−Haul 1731 S. Mt. Prospect Rd. Des Plaines, IL 60018 |
| 32262943 | U.S. Department of Education Attn: Sec'y of Education 400 Maryland Ave., S.W. Washington, DC 20202 |
| 32262944 | United States Attorney for Dept. of Education) 219 S. Dearborn St., 5th Floor Chicago, IL 60604 |
| 32262945 | Westlake Service, Inc. 4751 Wilshire Blvd. Ste. 100 Los Angeles, CA 90010−3847 |
| 32262941 | subroIQ PO Box 6228 Hermitage, PA 16148−0923 |

TOTAL: 32